IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RCG NORTH PLATTE, LLC, a Delaware Limited Liability Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>THE COUNTY OF KEITH, NEBRASKA, a Political Subdivision, and MERITAIN HEALTH, INC., a New York Corporation,<br><br>    Defendants. | 4:17-CV-3118<br><br>ORDER |

  IT IS ORDERED:

1. Meritain Health's Unopposed Motion to Remand to the District Court of Lincoln County, Nebraska ([filing 9](#)) is granted.

2. This case is remanded to the District Court for Lincoln County, Nebraska.

3. The Clerk of the Court is directed to transmit this case without delay.

Dated this 22nd day of September, 2017.

          BY THE COURT:

          _John M. Gerrard_
          John M. Gerrard
          United States District Judge